2014-1369
_____

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HEAR-WEAR TECHNOLOGIES, LLC,

Appellant,

v.

K/S HIMPP,

Appellee.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/001,021.

**APPELLEE K/S HIMPP'S UNOPPOSED MOTION TO EXTEND TIME TO FILE PRINCIPAL BRIEF**

                                                Robert Greene Sterne
                                                Jon E. Wright
                                                Jason D. Eisenberg
                                                STERNE, KESSLER, GOLDSTEIN & FOX, PLLC
                                                1100 New York Avenue, N.W.
                                                Washington, D.C. 20005
                                                (202) 371-2600

June 25, 2014                                        *Counsel for Appellee K/S HIMPP*

Appellee K/S HIMPP moves pursuant to Rule 26 of the Federal Rules of Appellate Procedure and Local Rule 26 for an extension of time to file its Principal Brief.

HIMPP moves this Court for an extension of **14 days** to file its Principal Brief. The new deadline would be **July 17, 2014**. Good cause exists for extending the time to file its Principal Brief because HIMPP's counsel has multiple previously set and competing professional obligations on or around the first week of July, which will make it difficult to timely complete and file its Principal Brief.

Pursuant to Fed. Cir. R. 26(b)(4), HIMPP further states the following:

A. The date to be extended, the present date for filing its Principal Brief, is **July 3, 2014**;

B. The revised date sought is **July 17, 2014**;

C. The number of days of extension sought is 14 days; and

D. No days of extension have previously been granted to Appellee for filing its Principal Brief.

The USPTO has not entered an appearance and is not currently a party to this case. The undersigned has confirmed with counsel for Appellant Hear-Wear Technologies LLC that Appellant does not oppose this motion. No party will object and no party will file a response.

- 3 -

Respectfully submitted,

/s/ Jon E. Wright/
Robert Greene Sterne
Jon E. Wright
Jason D. Eisenberg
STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.
1100 New York Ave., N.W.
Washington, DC 20005
(202) 371-2600

*Counsel for Appellee K/S HIMPP*

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HEAR-WEAR TECHNOLOGIES  v.  K/S HIMPP

No. 14-1369

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Robert Greene Sterne certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

K/S HIMPP

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

K/S HIMPP

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

K/S HIMPP, also known as the Hearing Instrument Manufacturers Patent Partnership, is a partnership formed in 1996 whose members include the largest hearing aid manufacturers in the world. The K/S HIMPP partnership is controlled by a board of directors comprising representatives from each member hearing aid company. The board member companies are: Widex A/S, William Demant Holdings A/S, GN ReSound A/S, Sonova Holding A/G, Siemens Audiologische Technik GmbH, Starkey Laboratories, Rion Co. Ltd., Sound Design Technologies Ltd., and IntriCon Corp.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Sterne, Kessler, Goldstein & Fox P.L.L.C.: Robert Greene Sterne, Jason D. Eisenberg, Jon E. Wright
Sughrue Mion: David Cushing

| 04/01/2014 | /s/ Robert Greene Sterne |
|---|---|
| Date | Signature of counsel |
|  | Robert Greene Sterne |
|  | Printed name of counsel |

Please Note: All questions must be answered
cc: Michelle Lee and R. Ross Viguet

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2014, a copy of the foregoing **APPELLEE K/S HIMPP'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PRINCIPAL BRIEF** was served by electronic mail and the CM/ECF system, addressed to:

| | |
|---|---|
| Jonathan S. Franklin<br>Norton Rose Fulbright<br>801 Pennsylvania Avenue, N.W.<br>Washington D.C. 20004-2623<br>Tel.: 202.662.0466<br>Fax: 202.662.4643<br>Jonathan.franklin@nortonrosefulbright.com<br><br>*Attorney for Appellant, Hear-Wear Technologies, LLC* | Sheila Kadura, Ph.D.<br>Fulbright & Jaworski LLP<br>98 San Jacinto Boulevard, Suite 1100,<br>Austin, Texas 78701-4255<br>Tel: 512.536.3027<br>Fax: 512 536 4598<br>sheila.kadura@nortonrosefulbright.com<br><br>R. Ross Viguet<br>Fulbright & Jaworski LLP<br>2200 Ross Avenue<br>Suite 2800<br>Dallas, TX 75201<br>Tel: 214-855-8185<br>Fax: 214-855-8200<br>ross.viguet@nortonrosefulbright.com<br><br>*Attorneys for Appellant, Hear-Wear Technologies, LLC* |

    /s/ Jon E. Wright/
Jon E. Wright
STERNE, KESSLER, GOLDSTEIN &
FOX, P.L.L.C.
1100 New York Ave. N.W.
Washington D.C., 20005
202.371.2600
jwright@skgf.com

June 25, 2014                    *Counsel for Appellee K/S HIMPP*